# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **ALBERT C. BURGESS, JR. aka** ) | JUDGMENT IN CASE |
| **Albert Charles Burgess, aka** ) | |
| **Albert Charles Burgess, Jr.,** ) | |
| ) | |
| Petitioner, ) | 1:16-cv-00410-GCM |
| ) | 1:09-cr-17-GCM-1 |
| vs. ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 3, 2017 Order.

January 3, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court